

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ENTERED
09/24/2019

IN RE:                                                  CHAPTER 13 PROCEEDING
JOSEPH GARCIA                             19-10214-B-13
DEBTOR

### ORDER CONFIRMING CHAPTER 13 PLAN AND VALUING COLLATERAL
### PURSUANT TO 11 U.S.C. § 506

1. The Court has considered confirmation of the Debtors(s)' chapter 13 plan that was proposed on August 30, 2019.

2. All objections to the plan have been withdrawn or overruled.

3. The Court has determined that the plan meets all of the requirements of §1325 of the Bankruptcy Code.

4. Notwithstanding any estimate of the amount of a general or priority unsecured claim contained in the plan or in an order of the Court, the actual amount payable on priority claims will be the Allowed Amount of the priority claim and the actual proration for distribution on general unsecured claims will be based on actual Allowed Amounts of general unsecured claims.

5. The value of the collateral for secured claims is in the amount set forth in the plan.

6. The plan is confirmed.

Signed: September 24, 2019

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

#625